```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNCOMMON CONTENT PARTNERS LLC,    :    14-Cv-6741 (SHS)

                     Plaintiff,    :    ORDER

       -against-    :

TALAMASCA, INC., and PHARRELL    :
WILLIAMS,
                               :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today, with counsel for plaintiff present and counsel for defendants participating via telephone,

       IT IS HEREBY ORDERED that:

       1.    Defendants' motion to dismiss, or, in the alternative, to strike portions of the amended complaint [doc. # 21] is denied for the reasons set forth on the record; and

       2.    There will be a pretrial conference on October 30, 2015, at 3:30 p.m.

Dated:   New York, New York
           July 30, 2015

                                                     SO ORDERED:

                                                     Sidney H. Stein, U.S.D.J.