```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/2/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNCOMMON CONTENT PARTNERS LLC,

            Plaintiff,

-against-

TALAMASCA, INC. and PHARRELL WILLIAMS,

           Defendants.

---

14-Cv-6741 (SHS)

OPINION & ORDER

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today with counsel for all parties appearing by telephone, it is HEREBY ORDERED that there will be a pretrial conference on January 20, 2016, at 2:15 pm. Counsel for all parties may appear by telephone. The last day for discovery remains April 8, 2016.

Dated: New York, New York
         October 30, 2015

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.